IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 3:08-CR-147 |
| | : 3:16-CV-981 |
| WILFREDO ARIEL SOLANO | : (JUDGE MARIANI) |
| | : |

### ORDER

The background of this Order is as follows:

In May 2016 in his underlying criminal case, *United States v. Solano*, No. 08-cr-147 (M.D. Pa.), Wilfredo Solano ("Solano") filed a motion pursuant to 28 U.S.C. § 2255 seeking a correction to his sentence. (Doc. 42). The parties briefed the motion. (Doc. 47, Doc. 48). The Court ordered additional briefing due to the Supreme Court's decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). (Doc. 49). However, on March 20, 2017, Solano filed a stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a) (Doc. 50), and the Court closed the corresponding civil case, No. 16-cv-981. (Doc. 2 in No. 16-cv-981).

On March 6, 2019, Solano, now proceeding *pro se*, filed a motion to reopen his habeas proceedings. (Doc. 53 in No. 08-cr-147). Solano also wrote a letter to the Court, docketed on May 3, 2019, seeking a status update regarding his motion to reopen. (Doc. 4 in No. 16-cv-981). The parties have not further briefed the motion.

AND NOW, THIS 15TH DAY OF MAY, 2019, IT IS HEREBY ORDERED THAT:

1. **Within 21 days of the date of this Order**, the Government shall respond to Solano's motion to reopen.

2. **Within 14 days of the date of the filing of the Government's response**, Solano may file a reply brief.

Robert D. Mariani
United States District Judge