## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   No.   3:08-CR-147 |
| | :          3:16-CV-981 |
| v. | : |
| | :   (MARIANI, J.) |
| WILFREDO ARIEL SOLANO, | : |
| Defendant | : |

### ORDER

AND NOW, this 7th of August 2019, upon review of the Government's Response To Order To Show Cause, IT IS HEREBY ORDERED:

    1.   The Government will be deemed to oppose Solano's motion to reopen his Section 2255 motion.

    2.   Government's response shall be filed on or before August 13, 2019.

    3.   Within 14 days of the date of the filing of the Government's response, Solano may file a reply brief.

BY THE COURT,

ROBERT D. MARIANI
U.S. District Court Judge