

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
FOR THE
**MIDDLE DISTRICT OF PENNSYLVANIA**
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
WWW.PAMD.USCOURTS.GOV

PETER J. WELSH
CLERK OF COURT

DIVISIONAL OFFICES:

HARRISBURG:
(717) 221-3920
WILLIAMSPORT:
(570) 323-6380

4/26/2021

Wilfredo Ariel Solano
14679-067
Federal Correction Intstitution
PO Box 725
Edgefield, SC 29824

RE: Request for Copies

Dear Sir,

In response to your letter received on 4/18/2021, you are requesting a motion that was filed by Melinda Ghilardi on your behalf and any other documentation regarding that motion, and the docket sheet.

I have enclosed the motion, the Stipulation for dismissal and the Order dismissing the motion and I have included the docket sheet. These are being provided FREE OF CHARGE, this time ONLY. If you request any other documents the Clerk's Office charges 10 cents per page. We would need the money in advance and then we would send the documents to you.

Sincerely,

Peter J. Welsh, Clerk of Court

By: _____

Deputy Clerk