FILED
SCRANTON
MAY 26 2021
PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA v. WILFREDO ARIEL SOLANO,
                                                Defendant.

No. 3:08-CR-147, 3:16-CV-981   (MARIANI, J.)

PETITIONER'S MOTION TO COMPEL JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 12(c).

COMES NOW the Petitioner, WILFREDO ARIEL SOLANO in PRO SE, in NECESSITY, and hereby MOVES this Honorable Court to rule on his motion to REOPEN his Section 2255 motion. The Petitioner, herein, avers that all pleadings are closed-out and that this case is ripe for judgement in the Petitioner's favor. This Court has jurisdiction to rule upon the Petitioner's motion pursuant to this, the Petitioner's request, and Federal Rules of Civil Procedure, Rule 12(c). In support, the Petitioner shows the Court the following:

1) On or about March 6, 2019, Petitioner, filed a motion to reopen his habeas proceedings. (Doc. 53 in No. 08-cr-147). Petitioner also wrote a letter to the Court, docketed on May 3, 2019, seeking a status update regarding his motion to reopen. (Doc. 4 in No. 16-cv-981).

2) On or about May 15, 2019, the Court ordered the Government to respond to Petitioner's motion to reopen within 21 days of the date of the Order. (Doc. 54 in No. 08-cr-147).

3) On or about July 30, 2019, the Court issued a rule that within 7 days of the date of this Order, the Government shall SHOW CAUSE why this Court should not deem Petitioner's "Motion Pursuant to Fed. R. Civ. P. 60(b) to Re-open Habeas Proceedings" (Doc. 53) as unopposed.

4) On or about August 13, 2019, the Government filed its Response to "Motion to Re-open. (Doc. 58).

5) This matter is currently pending before this Court, here, now, the Petitioner Moves this Court to Render its Ruling in GOOD FAITH.

WHEREFORE NOW, above premises considered, the Petitioner MOVES this Court to RENDER judgment in his "Motion Pursuant to Fed. R. Civ. P. 60(b) to Re-open Habeas Proceedings". The Petitioner respectfully MOVES this Court to ENTER judgment as required by Law, Liberty, and Justice.

Done this 22nd day of May, 2021.

Respectfully submitted,

/S/ *[signature]*

Wilfredo Ariel Solano # ⇔14679-067⇔
FCI Edgefield
P.O. Box 725
Edgefield, SC 29824

Wilfredo Ariel Solano # ⇔14679-067⇔
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

RECEIVED
SCRANTON
MAY 27 2021
PER _____
DEPUTY CLERK

AUGUSTA GA 309
24 MAY 2021 PM 2 L

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

